**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01419-CV

**IN THE INTEREST OF K.R.C. AND L.R.C., CHILDREN**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-51917-2010**

# ORDER

We **GRANT** appellee's November 22, 2013 motion to stay mediation and objection to

mediation and **VACATE** our November 12, 2013 mediation order.

/s/      ELIZABETH LANG-MIERS
               JUSTICE